IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| BONA ILONZO, (Petitioner/Defendant) | ) ) ) | Criminal Action No. 1:12-CR-276-SCJ-JKL-2 |
| v. | ) ) | |
| UNITED STATES OF AMERICA, (Respondent) | ) ) ) ) ) | Civil Action No. 1:18-CV-3010-SCJ-JKL |

PETITIONER'S MOTION FOR RECONSIDERATION OF IT'S RULING (DENIAL) FOR AN IMMEDIATE RULE (8) EVIDENTIARY HEARING TO SUPPORT PETITIONER'S 2255 HABEAS CORPUS FILING

NOW before the Court, Petitioner Bona Ilonzo, Pro-Se, Motion to Compel the Court to reconsider its prior "denial ruling" filed as Doc. No. 827 where Petitioner previously filed motion for "A sixty (60) day extension of time to file 2255 response brief to the Government response (2255) brief and motion for an immediate evidentiary hearing under Rule (8) Federal Rules of Procedure.

The Court was gracious enough to "GRANT" (in part) Petitioner's request for more time to file her Memorandum of Law Brief to the Governments Response (2255) Brief, while denying Petitioner's request for evidentiary hearing. However, the Court stated in its ruling that, "if it becomes apparent during the course of this case that an evidentiary hearing is required, the Court will reconsider its ruling." (So Ordered this 2nd day of October 2018).

Petitioner requests (officially) to the Court to please reconsider its ruling and grant Petitioner's previous request (Doc. No. 827) for an evidentiary hearing for all the reasons stated within that motion as

1

well as, for the filing of Petitioner's response and Memorandum of Law Brief now filed with the Court.

WHEREFORE, the Petitioner, Bona Ilonzo, Pro-Se, hereby respectfully request this Honorable Court to "GRANT" this Motion for Reconsideration per the Court's own order dated October 2, 2018. Petitioner prays that this Court sees the overwhelming need to grant an evidentiary hearing under Fed. R. Prod. (8), in the INTEREST OF JUSTICE.

Dated: 12/4/2018

Respectfully submitted,

Bona

Bona Ilonzo/Fed.#-64320-019
F.C.I Aliceville
P.O. Box 4000
Aliceville, Alabama 35442

## AFFIDAVIT

I hereby certify that the foregoing facts are true and correct to the best of my knowledge and belief upon pain and perjury under 28 U.S.C. § 1746.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the following motion request was mailed on this 4 day of December, 2018 by First Class Mail, Postage Prepaid to: Attorney Laurel Boatright AUSA, Office of the U.S. Attorney, 75 Ted Turner Dr SW Atlanta GA 30303.

Bona Ilonzo

2