# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| BONA ILONZO, | : | |
| :--- | :--- | :--- |
| Movant, | : | CRIMINAL ACTION NO. |
| | : | 1:12-CR-0276-SCJ |
| v. | : | |
| | : | CIVIL ACTION NO. |
| UNITED STATES OF AMERICA, | : | 1:18-CV-3010-SCJ |
| Respondent. | : | |

## ORDER

Presently before the Court is the Magistrate Judge's Report and Recommendation (R&R) recommending that Movant's 28 U.S.C. § 2255 motion to vacate be denied. [Doc. 857]. Petitioner has filed her objections in response to the R&R. [Doc. 862].

A district judge has broad discretion to accept, reject, or modify a magistrate judge's proposed findings and recommendations. United States v. Raddatz, 447 U.S. 667, 680 (1980). Pursuant to 28 U.S.C. § 636(b)(1), the Court reviews any portion of the Report and Recommendation that is the subject of a proper objection on a *de novo* basis and any non-objected portion under a "clearly erroneous" standard. "Parties filing objections to a magistrate's report and recommendation must specifically identify those findings objected to. Frivolous, conclusive or general objections need not be considered by the district court." Marsden v. Moore, 847 F.2d 1536, 1548 (11th Cir. 1988).

On March 18, 2014, Movant entered a negotiated plea of guilty to Count 1 of the second superseding indictment, which—as is discussed more fully in the

R&R—charged Movant with conspiracy to illegally distribute and possess with intent to distribute various opiates. Movant's crimes related to her participation in a "pill mill" operation that provided prescriptions for pain medication to sham patients. This Court imposed a sentence of 96 months of incarceration on June 14, 2017. Movant did not file an appeal.

In her § 2255 motion, Movant claims that her trial counsel was ineffective for: (1) failing to interview witnesses, failing to review discovery, and otherwise being unprepared; (2) missing key appearances; (3) coercing Movant into pleading guilty; and (4) failing to obtain a minor role reduction for under §3B1.2 of the Sentencing Guidelines.

In the R&R, the Magistrate Judge concluded that the record clearly refutes her claim that her trial counsel was unprepared or missed significant court appearances, and Movant's sworn statements during her plea colloquy belie any notion that she was coerced to plead guilty. The Magistrate Judge further concluded that the significant downward departure in the sentence imposed by this Court—96 months when her guideline range was 210-262 months—obviously reflected Movant's limited role in the drug conspiracy.

In her objections, Movant mostly raises arguments that are not relevant to the Magistrate Judge's resolution of her claims. She also repeats her contention that she is innocent and that her trial counsel missed evidence that was exculpatory. However, once she pled guilty, Movant lost her opportunity to challenge the Government's case

against her, and the evidence that she claims her trial counsel failed to review—call logs prepared by the Federal Bureau of Investigations—does not, as she contends, prove that she did not commit any crimes. Rather, the call logs merely indicate that other individuals employed at the clinic may have known about the fact that the clinic operators and physicians were engaged in illegal activity. They do not limit Movant's culpability.

Having carefully reviewed the record in light of Movant's objections, this Court concludes that the Magistrate Judge is correct. Accordingly, the R&R, [Doc. 857], is hereby **ADOPTED** as the order of this Court, and Movant's 28 U.S.C. § 2255 motion, [Doc. 808, as amended, Doc. 832], is **DENIED**. The Clerk is **DIRECTED** to close Civil Action Number 1:18-CV-3010-SCJ.

This Court further agrees with the Magistrate Judge that Petitioner has failed to raise any claim of arguable merit, and a Certificate of Appealability is **DENIED** pursuant to 28 U.S.C. § 2253(c)(2).

**IT IS SO ORDERED**, this 26th day of September, 2019.

s/Steve C. Jones  
STEVE C. JONES  
UNITED STATES DISTRICT JUDGE